COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



§

RAMSES LUIS LICANO,                    §                    No. 08-19-00229-CR

                    Appellant,          §                    Appeal from the

v.                                       §                    County Court at Law No. 2

THE STATE OF TEXAS,                     §                    of El Paso County, Texas

                    State.               §                    (TC# 20190C01810)

§

# **O R D E R**

The Court GRANTS the Appellant's third motion for extension of time within which to file the brief until **April 3, 2020.** NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Greg Anderson, the Appellant's attorney, prepare the Appellant's brief and forward the same to this Court on or before April 3, 2020.

IT IS SO ORDERED this 2nd day of March, 2020.

PER CURIAM

Before Alley, C.J., Rodriguez and Palafox, JJ.